UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 1:06-MJ-60

    vs.                            Hon. Hugh W. Brenneman, Jr.

ARENZA DOUGLAS HUBBARD,

        Defendant.
_____/

### ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss the complaint for unlawful flight to avoid prosecution against ARENZA DOUGLAS HUBBARD,

Leave of court is granted for the dismissal of the complaint.

Dated: Oct. 26, 2007

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge
Western District of Michigan